# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## KANSAS CITY, KANSAS DIVISION

| | |
|---|---|
| MICHELLE FERGUSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 05-2388 KHV-JPO |
| ) | |
| vs. ) | |
| ) | |
| ASSOCIATED WHOLESALE ) | |
| GROCERS, INC. ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon joint motion of the parties (Doc. #46) and per Stipulation of Dismissal filed pursuant to Fed. R. Civ. P. 41, it is hereby ordered that this matter is dismissed with prejudice, each party to bear its own fees and costs.

**IT IS SO ORDERED.**


February 8, 2007                                              s/ Kathryn H. Vratil
Date                                                                 The Honorable Kathryn H. Vratil
                                                                         United States District Judge


2016664.1